ANN M. CERNEY, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

GENESIS SANTIAGO,

    Plaintiff,

vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.
_____/

CASE NO. S-04-2481 GGH

**ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR JUDGMENT**

    IT IS ORDERED that Plaintiff's time in which to respond to Defendant's answer is hereby continued to July 29, 2005.

DATED: 6/30/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

santiago2481.eot06

---

1
**[Proposed] Order Extending Plaintiff's Time to File a Motion for Judgment**