IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GENESIS SANTIAGO,

      Plaintiff,

    vs.

JO ANNE BARNHART,
Commissioner of Social Security,

      Defendant.
_____/

No.  CIV-S-04-2481 WBS GGH

ORDER

        On January 12, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days.  No objections were filed.

        Accordingly, the court presumes any findings of fact are correct.  See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed January 12, 2006, are ADOPTED;

2. Plaintiff's Motion for Remand or Summary Judgment is GRANTED IN PART, the Commissioner's Cross Motion for Summary Judgment is DENIED, and judgment is entered for the plaintiff;

3. The matter is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further findings in accordance with the findings and recommendations.

DATED:   February 27, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

santiago.jo