IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENESIS SANTIAGO,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>    Defendant.<br>_____/ | CIV NO. S-04-2481 WBS GGH<br><br><br><br><u>ORDER</u> |

On November 15, 2006, this court issued findings and recommendations recommending that plaintiff's counsel's motion for attorney's fees, filed May 22, 2006, be granted in part and denied in part.  The parties filed a stipulation on November 17, 2006, requesting the court amend its opinion to reflect that an award of fees be made under the Equal Access to Justice Act rather than the Social Security Act.  The court will vacate its previous findings and issue new amended findings contemporaneously.

\\\\\

\\\\\

\\\\\

\\\\\

1

1   Accordingly, IT IS ORDERED that the findings and recommendations, filed
2   November 15, 2006, are vacated.
3   DATED: 12/1/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:076
Santiago2481.vac