IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GENESIS SANTIAGO,

    Plaintiff,

vs.

JO ANNE BARNHART,
Commissioner of Social Security,

    Defendant.
_____/

No. CIV-S-04-2481 WBS GGH

ORDER

       On December 1, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

       Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

       The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

\\\\\

\\\\\

1

1  Accordingly, IT IS ORDERED that:

2  1. The Proposed Findings and Recommendations filed December 1, 2006, are ADOPTED;

3  2. Plaintiff's request for EAJA fees is granted in part and denied in part. Plaintiff is awarded $4873.44 in attorney and paralegal fees.

DATED: January 11, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

sant2481.jo